1  Thomas F. Bertrand, State Bar No. 056560
   Michael C. Wenzel, State Bar No. 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5

6  Attorneys for Defendants
   COUNTY OF ALAMEDA,
7  ALAMEDA COUNTY SHERIFF'S DEPARTMENT,
   GREGORY AHERN, N. GONZALGO, B. BARKER,
8  ERICH D. MARAPAO and STUART E. BARNES

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13  ARTHUR MCCOY,
                                            Case No. C 11-01569 LB
14          Plaintiff,

15  v.

16  ALAMEDA COUNTY, a municipal
    corporation; ALAMEDA COUNTY              **STIPULATED REQUEST TO EXTEND**
17  SHERIFF'S DEPARTMENT, a municipal        **TIME TO RESPOND TO COMPLAINT;**
    corporation; GREGORY AHERN in his        **[PROPOSED] ORDER**
18  capacity as SHERIFF for COUNTY OF
    ALAMEDA; Deputy B. BARKER individually
19  and in his capacity as Sheriff for COUNTY OF
    ALAMEDA; Deputy ERICH D. MARAPAO
20  individually and in his capacity as Sheriff for
    COUNTY OF ALAMEDA; Deputy N.
21  GONZALGO individually and in his capacity
    as Sheriff for COUNTY OF ALAMEDA;
22  Deputy STUART E. 19 BARNES individually
    and in his capacity as Sheriff for COUNTY OF
23  ALAMEDA; DOES 1-100, inclusive;
    individually and in their capacities as
24  SHERIFFS for COUNTY OF ALAMEDA,

25          Defendants.

26

27

28

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1. On March 31, 2011, Plaintiff filed the Complaint initiating the above-captioned action against Defendants County of Alameda, Alameda County Sheriff's Department, Gregory Ahern, N. Gonzalgo, B. Barker, Erich D. Marapao and Stuart E. Barnes.

2. On July 27, 2011, Plaintiff served the Complaint on Defendants County of Alameda, Alameda County Sheriff's Department, Gregory Ahern, N. Gonzalgo, B. Barker, Erich D. Marapao and Stuart E. Barnes by personal service.

3. Defendants County of Alameda, Alameda County Sheriff's Department, Gregory Ahern, N. Gonzalgo, B. Barker, Erich D. Marapao and Stuart E. Barnes's last day to file a responsive pleading to the Complaint is currently August 17, 2011.

4. The parties stipulate to extend the time for Defendants County of Alameda, Alameda County Sheriff's Department, Gregory Ahern, N. Gonzalgo, B. Barker, Erich D. Marapao and Stuart E. Barnes to respond to the Complaint through and including August 31, 2011.

Dated: August 12, 2011                                          LAW OFFICES OF JOHN L. BURRIS

                                                                By:  */s/ John L. Burris*
                                                                     John L. Burris
                                                                     Attorneys for Plaintiff
                                                                     ARTHUR MCCOY

Dated: August 12, 2011                                          BERTRAND, FOX & ELLIOT

                                                                By:  */s/ Michael C. Wenzel*
                                                                     Michael C. Wenzel
                                                                     Attorneys for Defendants
                                                                     COUNTY OF ALAMEDA, ALAMEDA
                                                                     COUNTY SHERIFF'S DEPARTMENT,
                                                                     GREGORY AHERN, N. GONZALGO,
                                                                     B. BARKER, ERICH D. MARAPAO and
                                                                     STUART E. BARNES

**ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendants to respond to the Complaint shall be extended to August 31, 2011.

DATED: August 12, 2011



UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Laurel Beeler

---

3

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER