1  **JOHN L. BURRIS, ESQ.  SBN 69888**
   **LAW OFFICES OF JOHN L. BURRIS**
2  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
3  Oakland, California 94621
   Telephone:  (510) 839-5200
4  Facsimile:   (510) 839-3882
   john.burris@johnburrislaw.com
5

6  Attorneys for plaintiff
   ARTHUR MCCOY
7

8                     UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ARTHUR MCCOY,                   CIVIL NO. C 11-01569 WHA

12      Plaintiff,                  Complaint filed: March 31, 2011
                                    Trial Date: Not set
13  vs

14  ALAMEDA COUNTY, a municipal     ~~(PROPOSED)~~ ORDER ON STIPULATION FOR
    corporation, ET al.,             DISMISSAL OF CAUSES OF ACTION AND
15                                   FOR AMENDMENT OF COMPLAINT
16      Defendants.

17                                  **Hearing Date: October 6, 2011**
                                    **Time:           8:00 a.m**.
18                                  **Courtroom:   8, 19th Floor**

19                                  **Hon. William H. Alsup**
20

21
                                        **ORDER**
22
            Defendants filed motions under Federal Rules of Civil Procedure 12(b)(6) and
23
    12(e) to dismiss plaintiff's complaint and for a more definite statement, which were scheduled
24
    for hearing on October 6, 2011.  The parties subsequently requested, by stipulation, the
25
    dismissal of certain of the causes of action and requested leave to amend the complaint in its
26
    other particulars.  The court having reviewed the stipulation and finding good cause to accept
27
    and rule on the parties' stipulation,
28
    _____

IT IS ORDERED THAT,

(1) Plaintiff's first cause of action is DISMISSED without prejudice insofar as it includes claims other than denial of equal protection and violation of plaintiff's zone of privacy;

(2) Plaintiff's claims of denial of equal protection and violation of plaintiff's zone of privacy are DISMISSED with prejudice;

(3) Plaintiff' second, third, seventh, eighth, ninth and tenth causes of action are DISMISSED without prejudice;

(4) Plaintiff may, within fifteen (15) days of this order file an amended complaint without prejudice to defendant's renewal, if otherwise appropriate, of their motion for dismissal and/or for more definite statement.

(5) The hearing in this matter, calendared for 9:00 a.m. on October 6, 2011, is vacated.

Dated: September 26, 2011.

_____
UNITED STATES DISTRICT JUDGE
William Alsup