**JOHN L. BURRIS, ESQ.  SBN 69888**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com

Attorneys for plaintiff
ARTHUR MCCOY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MCCOY, | CIVIL NO. C 11-01569 WHA |
| Plaintiff, | Complaint filed: March 31, 2011 |
| | Trial Date: Not set |
| vs | |
| ALAMEDA COUNTY, a municipal corporation, ET al., | ~~(PROPOSED)~~ ORDER ON STIPULATION FOR DISMISSAL OF CAUSES OF ACTION AND FOR AMENDMENT OF COMPLAINT |
| Defendants. | |
| | **Hearing Date: October 6, 2011** |
| | **Time:           8:00 a.m**. |
| | **Courtroom:   8, 19th Floor** |
| | **Hon. William H. Alsup** |

### ORDER

Defendants filed motions under Federal Rules of Civil Procedure 12(b)(6) and 12(e) to dismiss plaintiff's complaint and for a more definite statement, which were scheduled for hearing on October 6, 2011.  The parties subsequently requested, by stipulation, the dismissal of certain of the causes of action and requested leave to amend the complaint in its other particulars.  The court having reviewed the stipulation and finding good cause to accept and rule on the parties' stipulation,

_____

IT IS ORDERED THAT,

(1) Plaintiff's first cause of action is DISMISSED without prejudice insofar as it includes claims other than denial of equal protection and violation of plaintiff's zone of privacy;

(2) Plaintiff's claims of denial of equal protection and violation of plaintiff's zone of privacy are DISMISSED with prejudice;

(3) Plaintiff' second, third, seventh, eighth, ninth and tenth causes of action are DISMISSED without prejudice;

(4) Plaintiff may, within fifteen (15) days of this order file an amended complaint without prejudice to defendant's renewal, if otherwise appropriate, of their motion for dismissal and/or for more definite statement.

(5) The hearing in this matter, calendared for 9:00 a.m. on October 6, 2011, is vacated.

Dated:   September 26, 2011.              _____
                                          UNITED STATES DISTRICT JUDGE
                                          William Alsup