United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR MCCOY,

    Plaintiff,

  v.

ALAMEDA COUNTY, a municipal corporation, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, a municipal corporation, GREGORY AHERN in his capacity as Sheriff for County of Alameda, Deputy B. BARKER, individually and in his capacity as Sheriff for County of Alameda, Deputy ERICH D. MARAPAO, individually and in his capacity as Sheriff for County of Alameda, Deputy N. GONZALGO, individually and in his capacity as Sheriff for County of Alameda, Deputy STUART E. BARNES, individually and in his capacity as Sheriff for County of Alameda, and DOES 1–10, inclusive, individually and in their capacities as Sheriffs for County of Alameda,

    Defendants.

                                           /

No. C 11-01569 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    The Court **DENIES** the parties' stipulation to continue the case management conference for ten weeks.

    **IT IS SO ORDERED.**

Dated: October 4, 2011.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE